HONORABLE RONALD B. LEIGHTON

___ FILED ___ LODGED
___ RECEIVED

AUG 3 1 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE CORPORATION, an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHUGACH SUPPORT SERVICES, INC., an Alaska Corporation, METROPOLITAN DESIGN CONCEPTS d/b/a SECURITY RESOURCES INTERNATIONAL, a Nevada Corporation, and SHON E. FROSTAD, as Personal Representative for the Estate of BRADLEY J. FROSTAD,<br><br>Defendants. | NO. 10-5244 RBL<br><br>[~~PROPOSED~~] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT CHUGACH SUPPORT SERVICES, INC.<br><br>**CLERK'S ACTION REQUIRED** |
| SHON E. FROSTAD, as Personal Representative of the Estate of Bradley J. Frostad,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>R-CUSTOM EXCAVATION, a Washington corporation, RICK LARSON, a Washington resident, and DEGGINGER MCINTOSH & ASSOCIATES, a Washington corporation,<br><br>Third Party Defendants. | |

**10-CV-05244-ORD**

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

## ORDER

BASED on the Stipulation of the parties, IT IS ORDERED that the law firm of Ogden Murphy Wallace, P.L.L.C. may withdrawal as the attorneys of record for defendant Chugach Support Services, Inc., and the law firm of Scheer & Zehnder, L.L.P may substitute as attorneys of record for defendant Chugach Support Services, Inc. in this matter.

DATED this 31st day of August, 2011

_____
Hon. Ronald B. Leighton
United States District Judge

*Presented by:*

| | |
|---|---|
| OGDEN MURPHY WALLACE, P.L.L.C. | SCHEER & ZEHNDER, L.L.P. |
| By: /s Jaime D. Allen<br>Lee Corkrum, WSBA #6585<br>Jaime D. Allen, WSBA #35742<br>Withdrawing Attorneys for Defendant<br>Chugach Support Services, Inc. | By: /s Levi L. Bendele<br>Mark P. Scheer, WSBA #16651<br>Levi L. Bendele, III, WSBA #26411<br>Substituting Attorneys for Defendant<br>Chugach Support Services, Inc. |
| THORSRUD CANE & PAULICH | RICHARD JONES LAW OFFICES |
| By: /s Russell C. Love<br>Russell C. Love, WSBA #8941<br>Attorneys for Plaintiff Ohio Casualty<br>Insurance Company | By: /s Richard L. Jones<br>Richard Llewelyn Jones, WSBA #12904<br>Attorneys for Defendant Metropolitan<br>Design Concepts |

JDA910514.DOCX;1\12465.000004\
[PROPOSED] ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT
CHUGACH SUPPORT SERVICES, INC. - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| CONNELLY LAW OFFICES | EKLUND ROCKEY STRATTON |
| By: /s Lincoln C. Beauregard<br>John R. Connelly, Jr., WSBA #12183<br>Lincoln C. Beauregard, WSBA #32878<br>Attorneys for Defendant, Third Party Plaintiff<br>and Counter Claimant Shon E. Frostad | By: /s Thomas C. Stratton<br>Thomas C. Stratton, WSBA #14545<br>Attorneys for Third Party Defendant and<br>Counter Defendant Degginger McIntosh<br>& Associates |
| FALLON & MCKINLEY | |
| By: /s Richard S. Fallon<br>Richard Scott Fallon, WSBA #2574<br>Attorneys for Third Party Defendants R-Custom<br>Excavation, Inc., and Rick Larson | |

JDA910514.DOCX;1\12465.000004\

[PROPOSED] ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT
CHUGACH SUPPORT SERVICES, INC. - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 30th day of August, 2011 I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

| | |
|---|---|
| Russell C. Love<br>Thorsrud Cane & Paulich<br>1325 Fourth Avenue<br>Suite 1300<br>Seattle, Washington 98101<br>rlove@tcplaw.com<br>**Attorneys for Plaintiff Ohio Casualty Insurance Company** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Richard Llewelyn Jones<br>2050 112th Avenue Northeast<br>Suite 230<br>Bellevue, Washington<br>rlj@richardjoneslaw.com<br>**Attorneys for Defendant Metropolitan Design Concepts** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| John R. Connelly, Jr.<br>Connelly Law Offices<br>2301 North 30th Street<br>Tacoma, Washington<br>jconnelly@connelly-law.com<br>**Attorneys for Defendant, Third Party Plaintiff and Counter Claimant Shon E. Frostad** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Lincoln C. Beauregard<br>Connelly Law Offices<br>2301 North 30th Street<br>Tacoma, Washington 98403<br>lincolnb@connelly-law.com<br>**Attorneys for Defendant, Third Party Plaintiff and Counter Claimant Shon E. Frostad** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |

JDA910514.DOCX;1\12465.000004\
[PROPOSED] ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT
CHUGACH SUPPORT SERVICES, INC. - 4

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| Richard Scott Fallon<br>Fallon & McKinley<br>1111 Third Avenue<br>Suite 2400<br>Seattle, Washington<br>bfallon@fallonmckinley.com<br>**Attorneys for Third Party Defendants R-Custom Excavation, Inc., Rick Larson** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |
| Thomas C. Stratton<br>Eklund Rockey Stratton<br>521 Second Avenue West<br>Seattle, Washington 98119<br>tcsservice@erslaw.com<br>**Attorneys for Third Party Defendant and Counter Defendant Degginger McIntosh & Associates** | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[X] CM/ECF |

and I hereby certify that I mailed via United States Postal Service, the foregoing document to the following non CM/ECF participant:

Defendant Chugach Support Services, Inc.
ATTN: Sandra Dean, CRM
Chugach Alaska Corporation
3800 Centerpoint Drive, Suite 601
Anchorage, Alaska 99503


DATED this 30th day of August, 2011.


                             s/Jaime D. Allen
                             Jaime D. Allen WSBA #35742

JDA910514.DOCX;1\12465.000004\
[PROPOSED] ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT
CHUGACH SUPPORT SERVICES, INC. - 5

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215